

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2021

No. 04-21-00384-CR

Graham Bradford **LASCSAK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 19-08-0207-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

Liche Cavazos' Notification of Late Reporter's Record is this date NOTED. The Reporter's Record is due November 19, 2021.

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2021.

MICHAEL A. CRUZ, Clerk of Court

